IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFFORD ASHFORD
ADC #79314                                                              PLAINTIFF

V.                          NO: 5:05CV00181 GH/HDY

CERVIN, *et al.*                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Complaint (docket entry #2) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court CERTIFIES that, pursuant to 28 U.S.C. § 1915(g), an *in forma pauperis* appeal from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28 day of July, 2005.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE